**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 14-MJ-00134-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  TERRY FRANKLIN,**

**Defendant.**

## ORDER RE: NOTICE OF DISPOSITION OF CHARGES AND MOTION TO VACATE TRIAL [DOC. #14]

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has received Defendant's Notice of Disposition of Charges and Motion to Vacate Trial [Doc. #14], and

**IT IS HEREBY ORDERED** that the Jury Trial previously scheduled for December 1, 2014 at 9:00 a.m. is **VACATED**, and

**IT IS FURTHER ORDERED** that this matter be set for a Change of Plea Hearing on December 2, 2014 at 3:00 p.m. before the Magistrate Judge in Durango, Colorado.

**DATED: November 17, 2014.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**